IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CRIMINAL No. ELH-14-00261 |
| | * | |
| JEFFREY L. SHIPLEY, | * | |
| DEFENDANT. | * | |
| | * | |

*************

## EMERGENCY MOTION TO PREVENT DISSAPATION OF ASSET AVAILBLE FOR PAYMENT OF RESTITUTION

COMES NOW the plaintiff, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Judson T. Mihok, Assistant United States Attorney for said District, and moves for an Emergency Order, pursuant to the All Writs Act, 28 U.S.C. §1651, to prevent the Defendant from dissipation of his Thrift Savings Account and/or United States Postal Service Pension in order for the asset to be applied to defendant's restitution order, and for cause therefore states:

1. By plea agreement dated June 30, 2014, the defendant pled guilty to one count of Theft of Mail by a Postal Employee, in violation of 18 U.S.C. § 1709, and one count of Delay and Destruction of Mail by a Postal Employee, in violation of 18 U.S.C. §1703(a).

2. The Defendant agreed, per ¶ 15 of the plea agreement, to the entry of a Restitution Order for the full amount of the victim's losses, which the parties stipulate is at least $10,000.00.

3. The United States avers that, pending the Presentence Report from Probation, it is believed that as a nearly twenty(20) year employee, the Defendant would have some type of retirement account, to include a Thrift Savings Plan and/or Postal Service Retirement.

4. Per ¶ 17 of the plea agreement, the Defendant must resign his employment with the Postal Service upon signing the plea agreement. This would allow the funds of the asset to be withdrawn and dissipated by Defendant.

5. The United States seeks an Order requiring the Defendant to take the necessary steps to deposit at least $10,000 of the funds in his Thrift Savings Account and/or Postal Service Pension into the Clerk of the Court for the United States District Court for the District of Maryland Registry to be used for restitution purposes. In addition, the Defendant shall not withdraw or cause to be withdrawn any additional funds remaining in his Thrift Savings Account and/or Postal Service Pension until the restitution total has been adjudicated so that any additional funds would be available to satisfy a restitution order.

WHEREFORE, plaintiff prays for an Order to restrain the Defendant from transferring, selling, encumbering, spending or attempting or completing any action that would affect or diminish the value of the property under the control of the defendant and Order the Defendant to deposit the funds in said account into the court clerk registry.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Judson T. Mihok
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800